# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2024 KW 1138

VERSUS

JOHN GLENN RAYMOND

**NOVEMBER 20, 2024**

---

In Re:   State of Louisiana, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 5603-F-2022.

---

**BEFORE:   LANIER, MILLER, AND GREENE, JJ.**

**WRIT GRANTED.**  The trial court's ruling denying relator's motion for subpoena is reversed. Louisiana Code of Evidence article 507(A) does not apply when a lawyer is called as a witness on the issue of ineffective assistance of the lawyer in post-conviction proceedings. La. Code Evid. art. 507(D); La. Code Evid. art. 506(C)(3).

**WIL**
**SMM**
**HG**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT